UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6343

WALTER EDWARD HALL,

Plaintiff - Appellant,

and

TYRUNNELL HALL; DWAYNE DOUCETT,

Plaintiffs,

versus

JACK KAVANAGH, Warden; BISHOP L. ROBINSON,
Former Secretary; STUART O. SIMMS, Present
Secretary; RICHARD A. LANHAM, SR., Commission-
er; JAMES PEGUESE, Chief; CHARLES GRAHAM, Cap-
tain; GREGORY MADDOX, Lieutenant; E. BROWN,
Lieutenant; CHARLES KIMBROW, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
98-1841-S)

Submitted: August 19, 1999          Decided: August 25, 1999

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

Walter Edward Hall, Appellant Pro Se.  John Joseph Curran, Jr., At-torney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Edward Hall appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.  We have reviewed the record and the district's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Hall v. Kavanagh, No. CA-98-1841-S (D. Md. Feb. 5, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED